MAX HARRIS, SBN 315308
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
(510) 809-0305 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS KORFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,<br><br>    Defendant. | Case No. 4:24-cv-07054<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff hereby respectfully requests the Court to grant an extension of 30 days, until November 8, 2024, for Plaintiff to file an IFP Motion. Plaintiff is difficult to reach via the normal methods (e.g., phone, email or regular postal mail). Plaintiff's counsel respectfully asks the Court to grant more time for Plaintiff's counsel to locate and communicate with Plaintiff in order to file a complete IFP Motion.

Respectfully submitted,

Dated:  October 8, 2024          By:

 /s/  *Max Harris*
MAX HARRIS
HOMELESS ACTION CENTER
Attorneys for Plaintiff

## ORDER

This matter, having come before the Court on Plaintiff's Motion for Extension of Time for Plaintiff to file a Motion to Proceed in Forma Pauperis, and, it appearing that the Motion should be granted for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff is ORDERED to file a Motion to Proceed in Forma Pauperis by November 8, 2024.

Dated:  10/9/2024

*Haywood S. Gilliam Jr.*