1  MAX HARRIS, SBN 315308
   HOMELESS ACTION CENTER
2  2150 Dwight Way
   Berkeley, CA 94704
3  Phone: (510) 809-0305
   Fax: (510) 540-0403
4  mharris@homelessactioncenter.org

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7  | MARK KORFF, | CASE NO. 4:24-cv-07054-HSG |
   |---|---|
8  | Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF |
9  | vs. | |
10 | COMISSIONER OF SOCIAL SECURITY, | |
11 | Defendant | |

12 The parties stipulate through counsel that the time for Plaintiff Mark Korff to file

13 Plaintiff's Brief for Relief and Memorandum of Points and Authorities in Support

14 Thereof("Brief") be extended by thirty days, with a new due date of Feb 7, 2025.

15 Good cause exists for this extension. Plaintiff requests this extension due to having a

16 heavy workload before the holidays and having a medical illness the week leading up to

17 Christmas, and then with being out of town and off work during the holidays. Mr. Harris needs

18 additional time to allow for sufficient review of the record. For these reasons, the Plaintiff

19 respectfully requests an extension of 30 days, with the Brief due on February 7, 2025. This

20 request is made in good faith and with no intention to unduly delay the proceedings.

21 This is Plaintiff's first request for an extension in this case. Counsel appreciates

22 Defendant's Counsel's professional courtesy, and apologizes to the Court for the inconvenience.

23

24

Respectfully submitted,
Max Harris

Dated: 12/23/2024

By: */s/ Erin Highland*
Assistant United States Attorney
(as authorized by email)
Attorney for Defendant

Dated: 12/23/2024

By: */s/ Max Harris*
Alameda County Homeless Action Center
2150 Dwight Way
Berkeley, CA 94704
(510) 809-0305

IT IS SO ORDERED:

DATE:  12/23/2024

UNITED STATES DISTRICT JUDGE