MAX HARRIS, SBN 315308
HOMELESS ACTION CENTER
2150 Dwight Way
Berkeley, CA 94704
Phone: (510) 809-0305
Fax: (510) 540-0403
mharris@homelessactioncenter.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KORFF, | CASE NO. 4:24-cv-07054-HSG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF |
| vs. | |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

The parties stipulate through counsel that the time for Plaintiff Mark Korff to file Plaintiff's Brief for Relief and Memorandum of Points and Authorities in Support Thereof("Brief") be extended by thirty days, with a new due date of March 7, 2025.

Good cause exists for this additional extension. Plaintiff's representative, Mr. Harris, requests this extension due to having medical complications and needing to take time off in the beginning of the new year and an expected heavy workload to catch up on because of the absence from work. Also, his entire office moved to a new physical location causing other barriers to being able to work on and complete the Brief. To complete the Brief requires additional time to allow for sufficient review of the over 1000 page record. For these reasons, the Plaintiff respectfully requests an extension of 30 days, with the Brief due on March 7, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

This is Plaintiff's second request for an extension in this case. Counsel appreciates Defendant's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

Respectfully submitted,
Max Harris

Dated: 1/27/2025	By: */s/ Erin Highland*
	Assistant United States Attorney
	(as authorized by email)
	Attorney for Defendant

Dated: 1/27/2025	By: */s/ Max Harris*
	Alameda County Homeless Action Center
	2150 Dwight Way
	Berkeley, CA 94704
	(510) 809-0305

IT IS SO ORDERED:

DATE:  1/28/2025

	_____
	Judge Haywood S. Gilliam, Jr.
	UNITED STATES DISTRICT JUDGE