PATRICK D. ROBBINS
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
Ryan Lu (Ore. State Bar No. 105902)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2034
Facsimile: (206) 615-2531
Email: Ryan.Lu@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS KORFF,<br><br>    Plaintiff,<br><br>  vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 4:24-cv-07054-HSG<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Social Security Appeals Council will instruct the Administrative Law Judge to:

- Further consider whether changed circumstances indicate a greater disability pursuant to Acquiescence Ruling 97-4(9);
- Give further consideration to the medical source opinions and prior administrative medical findings; and
- Offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Respectfully submitted,

Dated: April 21, 2025         /s/ Max Harris
                              (*as authorized via email on April 18, 2025)
                              MAX HARRIS
                              Attorney for Plaintiff

Dated: April 21, 2025         PATRICK D. ROBBINS
                              Acting United States Attorney

                         By:  /s/ Ryan Lu
                              RYAN LU
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

Pursuant to Section 5-1(h) of the Civil Local Rules of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Max Harris, to affix their electronic signature to this document.

                                                                            */s/ Ryan Lu*
                                                                            RYAN LU
                                                                            Special Assistant U.S. Attorney

<u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 22, 2025

                                                    THE HON. HAYWOOD S. GILLIAM, JR.
                                                    United States District Judge