UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS KORFF,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 4:24-cv-07054-HSG<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated: 4/22/2025

　　　　　　　　　　　　　　　　THE HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　United States District Judge

Judgment [4:24-cv-07054-HSG]　1