MAX HARRIS, SBN 315308
Homeless Action Center
2150 Dwight Way
Berkeley, CA  94704
Phone: (510) 540-0878 x. 305
Fax: (510) 540-0403
mharris@homelessactioncenter.org

Attorney for Plaintiff


Social Security Commissioner
RYAN LU
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
206-615-2034
Ryan.Lu@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK KORFF, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 4:24-cv-07054-HSG <br><br> STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of NINE THOUSAND FOUR HUNDRED DOLLARS ($9,400.00).

This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of nine thousand four hundred dollars ($9,400.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel, Homeless Action Center, pursuant to the assignment executed by Mr. Korff (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: July 16, 2025.

*/s/ Max Harris*

MAX HARRIS
Attorney for Plaintiff MARK KORFF

Date: July 16, 2025                     PATRICK D. ROBBINS

Order re EAJA fees – 4:24-cv-07054-HSG

          United States Attorney

By:   /s/ *Ryan Lu*
       Ryan Lu
       Special Assistant United States Attorney
       * by email authorization 07/16/2025

Attorneys for Defendant

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of nine thousand four hundred dollars ($9,400.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:   7/17/2025

THE HONORABLE Haywood S. Gilliam, Jr.
United States District Court Judge



| West Oakland Office | Berkeley Office | Oakland Office |
|---|---|---|
| 2601 San Pablo Ave | 3126 Shattuck Ave | 1432 Franklin St |
| Oakland CA 94612 | Berkeley CA 94705 | Oakland CA 94612 |
| 510-695-2260 tel | 510-540-0878 tel | 510-836-3260 tel |
| 510-858-7867 fax | 510-540-0403 fax | 510-836-7690 fax |

## FEE AGREEMENT AND ASSIGNMENT OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

I, Mark Korff, xxx-xx-4296, hereby retain the Homeless Action Center to represent me in federal court review of my SSI/Social Security claim for benefits under the Social Security Act. I understand that this fee agreement and assignment applies only to work on my behalf in United States District Court. I understand more than one attorney at the Homeless Action Center may work on my case.

I understand that the Equal Access to Justice Act (5 U.S.C 504) provides for an award of reasonable attorney fees and expenses to eligible prevailing parties. If federal court review of my case results in a favorable decision to me, either by having my case remanded or by obtaining benefits outright by court order, I understand that my attorney, on behalf of the Homeless Action Center, may apply for statutory fees and expenses under the Equal Access to Justice Act ("EAJA," 5 U.S.C. 504).

I hereby assign any EAJA attorney fees and expenses to the Homeless Action Center, whether or not I ever receive benefits under the Social Security Act. I agree any EAJA fees and expenses may be paid directly to the Homeless Action Center, and I authorize the Homeless Action Center to endorse my name on any check paying EAJA fees and expenses.

This agreement and assignment only pertains to EAJA fees and expenses for work on my behalf in federal court, and is in addition to the agreement previously signed for representation before the Social Security Administration. This agreement and assignment does not affect the Homeless Action Center's waiver of any non-EAJA fee under sections 206 and 1631(d)(2) of the Social Security Act.

_____        _____
Client                                                             Attorney

10/14/24                                                      10/14/2024
_____        _____
Date                                                                Date